Before WIDENER, DIANA GRIBBON MOTZ, and GREGORY, Circuit JJ.

## OPINION

PER CURIAM.

Codefendants Randolph D. Hutchens and Mistie M. Clark pled guilty to distribution of crack cocaine, were sentenced, and judgment was entered in the district court on October 27, 2000. Counsel for Hutchens and Clark each filed a notice of appeal on November 8, 2000, twelve days after entry of judgment. Pursuant to Fed. R.App.P. (4)(b)(1), a defendant in a criminal case must file his notice of appeal within ten days of entry of judgment. On a finding of excusable neglect or good cause, the district court can extend the time for up to thirty days beyond the original period. Fed.R.App.P. 4(b)(4).

The Government has moved to dismiss these consolidated appeals as untimely. Both Hutchens and Clark oppose the motion to dismiss, and Clark moves that the case be remanded to the district court for a determination of excusable neglect. Because the notices of appeal were filed within the prescribed period, we deny the Government's motion to dismiss, grant the motion to remand in No. 00–4819, and remand both cases to the district court for a determination of good cause or excusable neglect pursuant to Fed.R.App.P. 4(b)(4). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*REMANDED.*

Floyd Edward **HEATH, Petitioner– Appellant,**

v.

Russell **GINN, Respondent–Appellee.**

Paul Edward **Heath, Petitioner– Appellant,**

v.

Russell **Ginn, Respondent–Appellee.**

**Jeffrey Lynn Heath, Petitioner–Appellant,**

v.

**Russell Ginn, Respondent–Appellee.**

**Nos. 00–6095, 00–6096, 00–7475.**

United States Court of Appeals,
Fourth Circuit.

Submitted Feb. 9, 2001.

Decided Feb. 22, 2001.

W. Gregory Duke, Blount & Duke, Greenville, NC for appellants. Michael F. Easley, Attorney General, Clarence Joe DelForge, III, Assistant Attorney General, Raleigh, NC, for appellee.

Before WIDENER and TRAXLER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Petitioners Paul Edward Heath, Jeffrey Lynn Heath, and Floyd Edward Heath appeal the district court's orders denying relief on their 28 U.S.C.A. § 2254 (West 1994 & Supp.2000) petitions. Jeffrey Heath's petition was denied as untimely, while Paul Heath and Floyd Heath's petitions were summarily dismissed on the merits.

It appears that all three petitions were untimely filed. 28 U.S.C .A. § 2244(d) (West Supp.2000). Moreover, the double jeopardy claims raised by the Heaths are squarely foreclosed by this court's recent holding in *Vick v. Williams,* 233 F.3d 213 (4th Cir.2000).

Accordingly, with regard to Jeffrey Lynn Heath we deny a certificate of appealability and dismiss the appeal. With regard to Paul Edward and Floyd Edward Heath, we affirm the district court's orders dismissing their petitions. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and oral argument would not aid the decisional process.

*AFFIRMED.*

*AFFIRMED.*

*DISMISSED.*